**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
JANE M. ROBERTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**YOSEMITE DIVISION**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JANE M. ROBERTS,<br><br>    Defendant. | Case No.: **6:05-mj-130**<br><br>**STIPULATION TO CONTINUE HEARING**<br><br>And<br><br>**O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the hearing before the Yosemite Court Magistrate currently scheduled on August 16, 2005, at the hour of 9:00 a.m. shall be trailed to the afternoon calendar of that day, at 1:30 p.m.

This request is made by counsel for JANE M. ROBERTS due to the fact that counsel, ROGER T. NUTTALL, has just been retained to represent Ms. Roberts, and said counsel already has a full court calendar that morning and cannot be present in Yosemite for this hearing.

1  Counsel has been advised by the Court Clerk that this
2  appearance may also be accomplished "Telephonically."  Counsel
3  herein respectfully requests that such an appearance be done
4  telephonically.
5  Counsel's assistant has spoken with BETH WALDOW, Legal
6  Officer, who has no objection to this request.
7  DATED: August 8, 2005.

NUTTALL & COLEMAN

/s/ Roger T. Nuttall
By: _____
     ROGER T. NUTTALL

DATED: August 8, 2005.

/s/ Beth Waldow
_____
       BETH WALDOW

\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

_____
IT IS SO ORDERED.

**Dated:   August 10, 2005**          **/s/  William M. Wunderlich**
mmkd34                    UNITED STATES MAGISTRATE JUDGE